JEFFERSON P. KIDDER, Appellant, *vs.* HENRY H. SIBLEY, Garnishee, Respondent.

This case was in all respects identical with that of *Banning vs. Sibley, ante. p.* 389.

The cases were argued together by Counsel for the respective parties.

HALE & BOND, Counsel for Appellant.

VAN ETTEN & OFFICER, Counsel for Respondent.